LENA SOMA, Appellant, *v.* GEORGE HANDRULIS, Defendant, and SARAH ALKOFF et al., Respondents.

Submitted April 11, 1938; decided April 19, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 277 N. Y. 223.)